**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MUHAMMAD AHMAD ABDALLAH AL-ANSI,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | **Civil Action No. 08-1923 (GK)** |
| | : | |
| **BARACK H. OBAMA, et al.,** | : | |
| | : | |
| Respondents. | : | |

### ORDER

Based upon an on-the-record conference call with all counsel, and with the Government taking no position, the Court grants Petitioner's request for a continuance, and it is hereby

**ORDERED**, that there will be a conference call with all counsel on **June 9, 2011,** at **10:00 a.m.** The Court will expect Petitioner's counsel, after consulting with Petitioner, to have made final decisions about how they wish to proceed on all aspects of the Complaint filed.


March 30, 2011

/s/
Gladys Kessler
United States District Judge


Copies to:  Attorneys of Record via ECF